```
LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
SALLIE MAE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ROCKEY, an individual,<br><br>           Plaintiff,<br><br>    v.<br><br>SALLIE MAE, INC., a corporation, and DOES 1 through 10 inclusive,<br><br>           Defendants. | **Case No. CV 09-5282 SI**<br><br>**REQUEST TO APPEAR TELEPHONICALLY; PROPOSED ORDER** |

Counsel for Defendant Sallie Mae, Inc. ("Sallie Mae") requests to appear telephonically at the March 26, 2010 Case Management Conference. Counsel for plaintiff will be appearing telephonically.

Dated: March 18, 2010.                                    LAW OFFICES OF MIRIAM HISER


                                                                  By:_____/s/_____
                                                                       Miriam Hiser
                                                           Attorney for Defendant SALLIE MAE, INC.

IT IS HEREBY ORDERED that the request of counsel for Sallie Mae to appear telephonically is granted. Counsel is directed to contact the clerk and provide a direct dial phone number. The court initiates all conference calls.

                                                                                _____
                                                                                Honorable Susan Ilston