IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ROCKEY,<br><br>        Plaintiff,<br><br>  v.<br><br>SALLIE MAE INC,<br><br>        Defendant.<br>                                          / | No. C 09-05282 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 4, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is August 20, 2010.

DESIGNATION OF EXPERTS: 7/2/10; REBUTTAL: n/a.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 20, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by August 20, 2010;

    Opp. Due September 3, 2010; Reply Due September 10, 2010;

    and set for hearing no later than September 24, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 15, 2011 at 3:30 PM.

JURY TRIAL DATE: February 22, 2011 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's Mediation Program. The mediation session shall occur by May 21, 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

                                            SUSAN ILLSTON
                                            United States District Judge