UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ADAM ROCKEY,<br>          Plaintiff, | No. C 09-5282 JL |
| v. | **ORDER GRANTING REQUEST TO EXCUSE DEFENDANT SALLIE MAE, INC.'S CORPORATE REPRESENTATIVE ANNE MILEM FROM PERSONALLY ATTENDING THE MEDIATION SESSION** |
| SALLIE MAE, INC., et al.,<br>          Defendants.<br>_____/ | |
| | Date:       May 20, 2010<br>Mediator:  Tim Carr |

IT IS HEREBY ORDERED that the request for defendant Sallie Mae, Inc.'s corporate representative, Anne Milem, to be excused from personally attending the May 20, 2010, mediation session before Tim Carr is GRANTED. Ms. Milem shall be available to participate in the mediation session by telephone at all times pursuant to ADR L.R. 6-10(f).

IT IS SO ORDERED.

May 6, 2010                    By:          *Elizabeth D. Laporte*
Dated                                              Elizabeth D. Laporte
                                                   United States Magistrate Judge