LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
SALLIE MAE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ROCKEY, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>SALLIE MAE, INC., a corporation, and DOES 1 through 10 inclusive,<br><br>  Defendants. | **Case No. CV 09-5282 SI**<br><br>**STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION** |

It is hereby stipulated by and between Plaintiff Adam Rockey and Defendant SALLIE MAE, INC. ("Sallie Mae") as follows:

1. The court previously ordered that the mediation in this matter be completed by May 21, 2010. Mediation is currently set to occur on May 20, 2010.

2. When the court set the May 21 deadline, she indicated that if additional time were needed, the parties could request it.

3. The parties have already begun settlement negotiations between themselves. In addition, Tim Carr, the appointed mediator has begun substantive mediation talks with the parties individually by telephone, with the parties consent.

4. The parties now request that the court grant them until June 30 to complete the mediation. Due to unforeseen circumstances, the May 20 mediation date may need to be continued. All parties in interest are in agreement that this request be granted.

| | | |
|---|---|---|
| 1 | Dated: May 11, 2010. | GOLDEN & CARDONA-LOYA, LLP |
| 2 | | |
| 3 | | By:_____/s/_____ |
| 4 | | Octavio Cardona-Loya II<br>Attorneys for Plaintiff ADAM ROCKEY |
| 5 | Dated: May 11, 2010. | LAW OFFICES OF MIRIAM HISER |
| 7 | | By:_____/s/_____ |
| 8 | | Miriam Hiser<br>Attorneys for Defendant SALLIE MAE, INC. |

Good cause appearing,

IT IS HEREBY ORDERED that the last date to complete the mediation in this matter be continued to June 30, 2010.

_____
Hon. Susan Ilston
United States District Court Judge