LAW OFFICES OF MIRIAM HISER
MIRIAM HISER (129824)
550 Montgomery Street, Suite 650
San Francisco, California 94111
Telephone: (415) 345-9234
Facsimile: (415) 395-9372
mhiser@hiserlaw.com

Attorneys for Defendant
SALLIE MAE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ROCKEY, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>SALLIE MAE, INC., a corporation, and DOES 1 through 10 inclusive,<br><br>               Defendants. | **Case No. CV 09-5282 SI**<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

     It is hereby stipulated by and between Plaintiff Adam Rockey and Defendant SALLIE MAE, INC. ("Sallie Mae") as follows:

     1.    The court previously scheduled a continued case management conference in this case for June 4, 2010, and ordered that mediation be completed by May 21, 2010.

     2.    The parties recently requested and the court ordered that they be granted until June 30 to complete mediation. Mediation is now scheduled for June 24.

     3.    The parties now request that the court continue the June 4 case management conference until July 23, 2010.

Dated: June 2, 2010.                                GOLDEN & CARDONA-LOYA, LLP

                                                  By: /s/Octavio Cardona-Loya II    .
                                                      Octavio Cardona-Loya II
                                            Attorneys for Plaintiff ADAM ROCKEY

1  Dated: June 2, 2010.                           LAW OFFICES OF MIRIAM HISER

2

3                                                 By:__/s/ Miriam Hiser_____
                                                     Miriam Hiser
4                                                    Attorneys for Defendant SALLIE MAE, INC.

5

6

7       Good cause appearing,

        IT IS HEREBY ORDERED that the June 4, 2010, case management conference is
8
continued to July 23, 2010 at 1:30 PM.
9

10                                                _____
11                                                Hon. Susan Ilston
                                                  United States District Court Judge
12