1  LAW OFFICES OF MIRIAM HISER
   MIRIAM HISER (129824)
2  550 Montgomery Street, Suite 650
   San Francisco, California 94111
3  Telephone: (415) 345-9234
   Facsimile: (415) 395-9372
4  mhiser@hiserlaw.com

5  Attorneys for Defendant
   SALLIE MAE, INC.
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10
   ADAM ROCKEY,                          Case No. C 09-5282 SI
11
                   Plaintiff,            **STIPULATION TO EXTEND**
12                                       **DISCOVERY CUT OFF AND RELATED**
         v.                              **DEADLINES**
13
   SALLIE MAE, INC., a corporation,
14 and DOES 1 through 10 inclusive,

15               Defendants.

16      It is hereby stipulated by and between Plaintiff Adam Rockey and Defendant SALLIE

17 MAE, INC. ("Sallie Mae") as follows:

18      1.    At the initial case management conference in this matter, the Court ordered that

19 mediation be completed by May 21, 2010.  It also set discovery and related deadlines,

20 anticipating that the mediation would be completed by that date.

21      2.    Following the initial case management conference, the parties requested and

22 Court ordered that they be granted until June 30 to complete mediation.  Mediation was

23 conducted on June 24, 2010.

24      3.    The parties now request that the Court continue both the discovery cut off date

25 and the last date on which any motion may be filed from August 20 to October 1, 2010; that it

26 continue the date any opposition to a motion must be filed to October 15, 2010; that it continue

27 the date on which any reply in support of a motion must be filed to October 22, 2010; and that

28 the last day any motions may be heard be continued to November 5, 2010.

Dated:  July 12, 2010.                               GOLDEN & CARDONA-LOYA, LLP

                                                      By: /s/Octavio Cardona-Loya II          .
                                                      Octavio Cardona-Loya II
                                                      Attorneys for Plaintiff ADAM ROCKEY

Dated:  July 12, 2010.                               LAW OFFICES OF MIRIAM HISER


                                                      By: /s/ Miriam Hiser_____
                                                      Miriam Hiser
                                                      Attorneys for Defendant SALLIE MAE, INC.

     Good cause appearing,

     IT IS HEREBY ORDERED that both the discovery cut off and the last date on which any motion may be filed is continued from August 20 to October 1, 2010; the date on which any opposition to a motion must be filed is continued to October 15, 2010; the date on which any reply in support of a motion must be filed is continued to October 22, 2010; and that any motions must be heard on or before November 5, 2010.

                                                        _____
                                                        Hon. Susan Ilston
                                                       United States District Court Judge