1  LAW OFFICES OF MIRIAM HISER
   MIRIAM HISER (129824)
2  550 Montgomery Street, Suite 650
   San Francisco, California 94111
3  Telephone: (415) 345-9234
   Facsimile: (415) 395-9372
4  mhiser@hiserlaw.com

5  Attorneys for Defendant
   SALLIE MAE, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ADAM ROCKEY, an individual,          Case No. CV 09-5282 SI

12              Plaintiff,               STIPULATION TO EXTEND TIME TO
                                         CONDUCT SETTLEMENT
13       v.                              CONFERENCE

14 SALLIE MAE, INC., a corporation, and DOES
   1 through 10 inclusive,
15
                Defendants.

16       It is hereby stipulated by and between Plaintiff Adam Rockey and Defendant SALLIE

17 MAE, INC. ("Sallie Mae") as follows:

18       1.    The court previously ordered that the parties conduct a settlement conference

19 before a Magistrate Judge during the last two weeks of September 2010.  The court assigned the

20 matter to Magistrate Judge Ryu for that purpose.

21       2.    Sallie Mae's counsel had a conflict with the first date proposed by Judge Ryu and

22 its representative had a conflict on the second.  Judge Ryu then set the matter for September 30,

23 instructing the counsel to seek an extension of time from this Court if that date was not available.

24       3.    Sallie Mae and its counsel are scheduled for mediation on September 30 in front

25 of Paul Dubrow on Case No. 10-0754 pending in Northern District.

26       4.    Accordingly, the Parties now request that the last date to conduct the settlement

27 conference with Judge Ryu be extended until October 29.

28

                                    1
                                                              Stipulation/Order
                                                              Case No. 09-5282 SI

| | | |
|---|---|---|
| 1 | Dated:  August 16, 2010. | GOLDEN & CARDONA-LOYA, LLP |
| 2 | | |
| 3 | | By:/s/ Octavio Cardona-Loya II                  .<br>      Octavio Cardona-Loya II<br>Attorneys for Plaintiff ADAM ROCKEY |
| 4 | Dated:  August 16, 2010. | LAW OFFICES OF MIRIAM HISER |
| 5 | | |
| 6 | | |
| 7 | | By: /s/ Miriam Hiser_____<br>      Miriam Hiser<br>Attorneys for Defendant SALLIE MAE, INC. |

Good cause appearing,

IT IS HEREBY ORDERED that the last day to conduct a settlement conference in this matter be continued to October 29, 2010.

_____
Hon. Susan Ilston
United States District Court Judge